UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-0257 (WMW) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| John Howard Murdock, | |
| Defendant. | |

---

On February 6, 2023, this Court entered a Preliminary Order of Forfeiture for certain property pursuant to 18 U.S.C. § 2253(a).

Plaintiff United States of America posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 2, 2023, providing notice of the intention of the United States to dispose of the subject property in accordance with the law and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of the third parties' alleged legal interest in the property.

No petitions have been filed with the Clerk of Court, and the time for filing a petition pursuant to Fed. R. Crim. P 32.2(c) and 21 U.S.C. § 853(n)(2) has expired.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 46), is **GRANTED**;

2. Defendant John Howard Murdock shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), the following property:

    a. a 9TB RAID disk station with serial number BAK2N00897;

    b. an Apple iPhone with serial number F73L52Q6FFHG;

    c. a 2TB Western Digital My Passport Ultra external HDD with serial number WX31A3465341;

    d. a Dell desktop tower with serial number JCFVSW1;

    e. a Dell OptiPlex GX620 desktop computer with serial number JP9M3B1;

    f. a 1TB Western Digital HDD with serial number WCAV55213243;

    g. a 2GB Micro Center flash card;

    h. a 64GB Micro Center USB thumb drive;

    i. an Asus Tablet Transformer Prime with serial number 887cccde9125f751; and

    j. various optical disks seized from the Defendant's residence on December 19, 2018.

3. The United States of America shall dispose of the property described above in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 26, 2023

s/ Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge